# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| TIM E. HOLZ,<br><br>   Petitioner<br><br>  v.<br><br>G. REESE, LT. SCALPONE, DAVID J. EBBERT, J. L. NORWOOD, D. COOMBE, T. DEDRICK,<br><br>   Respondents | No. 621 MAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| TIM E. HOLZ,<br><br>   Petitioner<br><br>  v.<br><br>J.L. NORWOOD, D.J. EBBERT, SUSAN HEATH, D. WILSON, T. BUTLER, SUE STOVER, MR. HENDRICKSON, R. BINGAMAN AND D. LANGTON,<br><br>   Respondents | No. 622 MAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

  **AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

  Justice Mundy did not participate in the consideration or decision of this matter.